## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LAURA HAMMETT**                                                                          **PLAINTIFF**

**v.**                                        **NO: 4:21-CV-00633-LPR**

**JOHN MORRILL, in his official
capacity as Clerk of the Court for the
United States District Court Southern
District of California;  JUDE DOE, in
his official capacity as Deputy Clerk of
the Court for the United States District
Court Southern District of California;
DOES 2-99**                                                                          **DEFENDANTS**


### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE